# United States District Court
## District of Maryland

Chambers of
William D. Quarles, Jr.
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

September 13, 2012

Charles H. Edwards, IV, Esquire
Law Office of Barry R. Glazer PC
1010 Light Street
Baltimore, MD 21230

William Brockman, Esquire
Julia Bernhardt, Esquire
Maryland Attorney General's Office
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202

William Sammons, Esquire
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, MD 21202

Re: *Joseph Weigel v. State of Maryland, et al.*
Civil No. WDQ 12-2723

Dear Counsel:

The Defendants shall file responses to the Plaintiff's motion for a temporary restraining order by Thursday, September 27, 2012. In the event of an emergency, Plaintiff shall notify the Court, and the Court will reconsider this deadline.

Further, counsel for Defendant Armistead Homes Corporation shall advise the Court by Wednesday, September 19, 2012, of Armistead's position on a standstill agreement.

Notwithstanding its informality, this is an order of the Court and shall be docketed as such.

Very truly yours,

William D. Quarles, Jr.
United States District Judge

cc:   Felicia C. Cannon, Clerk