ATTORNEYS AT LAW
# TYDINGS & ROSENBERG LLP

100 EAST PRATT STREET
26TH FLOOR
BALTIMORE MARYLAND 21202
410.752.9700
FAX 410.727.5460

TOWSON MD OFFICE
410.337.0407
FAX 410.337.3758

www.tydingslaw.com

June 20, 2013

**By ECF**

WILLIAM C. SAMMONS
410-752-9706
wsammons@tydingslaw.com

Hon. William D. Quarles, Jr.
United States District Court
    for the District of Maryland
101 West Lombard Street
Chambers 3A
Baltimore, Maryland  21201

      Re:   *Joseph Weigel v. State of Maryland, et al.*
              Civil No. WDQ 12-2723

Dear Judge Quarles:

      We received today, and thank you for, copies of the June 19, 2013, Memorandum Opinion and Order in the above case.

      I am writing to call the Court's attention to what appears to be an anomaly in the Order that you may wish to address.

      As you know, there were two pending motions to dismiss in the case, the State's motion (ECF #25) and Armistead's motion (ECF #28). Your Order grants the State's motion (paragraph #1), but denies Armistead's motion (along with the three pending plaintiffs' motions) "as moot" (paragraph #2). The Order goes on to say that the "case is DISMISSED" and to instruct the Clerk to close the case, suggesting to us that it was the Court's intention to conclude the matter in its entirety in favor of all defendants (an intention also borne out by the text of the Opinion). Because Armistead's motion was "denied," however, it is not clear to us that the result was achieved, at least as a technical matter.

      Although perhaps not necessary (in light of the "DISMISSED" language), assuming the Court's intention was to dismiss all claims, you may wish to consider revising your order to "grant," rather than to "deny," the Armistead motion.

      Because this issue appears to be a drafting anomaly, I raise it informally by this letter, but I would be happy to make a more expansive presentation by motion, if the Court believes that to be a more appropriate vehicle.

      Thank for your consideration and attention to this matter.

#2002761v.1

ATTORNEYS AT LAW
TYDINGS & ROSENBERG LLP

Hon. William D. Quarles, Jr.
June 20, 2013
Page 2

Respectfully yours,

William C. Sammons

WCS/gm

#2002761v.1